UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MASS. CARPENTERS CENTRAL COLLECTION AGENCY, ET AL

V.     CIVIL ACTION NO. 03-12228-RGS

VANGUARD CARPENTRY

# **ORDER OF DISMISSAL**

STEARNS, DJ.                                                                                    OCTOBER 4, 2004

FOR FAILURE OF THE PLAINTIFF TO FILE A RETURN OF SERVICE OF SUMMONS, OR SHOW CAUSE WHY SERVICE HAS NOT BEEN MADE PURSUANT TO THE PROVISIONS OF RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 4.1(b),

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
Deputy Clerk

**DATED:  10/4/04**